UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

------------------------------------------------------x

| | |
|---|---|
| SHELBY BAILEY, an individual, | **CASE NO.: 2:18-cv-05888** |
| Plaintiff, | **Judge: Nannette Jolivette Brown** |
| vs. | **Magistrate: Donna Phillips Currault** |
| BOARD OF COMMISSIONERS OF THE LOUISIANA STADIUM AND EXPOSITION DISTRICT, as the political entity which owns the Superdome and Smooth King Stadium; KYLE FRANCE, in his official capacity as chief executive of the BOARD OF COMMISSIONERS OF THE LOUISIANA STADIUM AND EXPOSITION DISTRICT; and SMG, Defendants. | |

------------------------------------------------------x

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(a) and 4(a), notice is hereby given that Shelby Bailey, Plaintiff, appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's: (1) Findings of Fact, Conclusions of Law and Reasons for Judgment, issued on September 4, 2020; and (2) Judgment, issued on September 4, 2020.

Respectfully submitted,

/s/ Garret S. DeReus
**BIZER & DEREUS, LLC**
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020, I electronically filed the foregoing with the Clerk of Court via by using the CM/ECF system, which will serve a copy of the pleading to all parties that have made an appearance.

/s/ Garret S. DeReus
Garret S. DeReus