Case 2:18-cv-05888-JCZ-DPC   Document 187   Filed 08/04/21   Page 1 of 2



# United States Court of Appeals
## for the Fifth Circuit

Certified as a true copy and issued
as the mandate on Aug 04, 2021

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 13, 2021

Lyle W. Cayce
Clerk

No. 20-30594

_____

SHELBY BAILEY,

*Plaintiff—Appellant*,

versus

KYLE FRANCE, IN HIS OFFICIAL CAPACITY AS CHIEF EXECUTIVE OF THE BOARD OF COMMISSIONERS OF THE LOUISIANA STADIUM AND EXPOSITION DISTRICT,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-5888

_____

Before OWEN, *Chief Judge,* and SMITH and GRAVES, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.